# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JENIFER RENEE GAUCIN, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of the Social, )<br>Security Administration )<br>)<br>Defendant. ) | NO. CIV-13-592-HE |

## ORDER

Plaintiff Jenifer Renee Gaucin, filed this action seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying her application for supplemental security income benefits under the Social Security Act. Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to Magistrate Judge Gary M. Purcell, who recommends that the Commissioner's decision be reversed and the matter remanded for further proceedings. The magistrate judge found the Administrative Law Judge's decision erred in evaluating the opinions of plaintiff's two treating physicians.

The parties, having failed to object to the Report and Recommendation, waived their right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996). *See* 28 U.S.C. § 636(b)(1)(C). Accordingly, the court adopts Magistrate Judge Purcell's Report and Recommendation, **REVERSES** the final decision of the Commissioner and **REMANDS** the case for further proceedings consistent with the Report and Recommendation, a copy of

which is attached to this order.

**IT IS SO ORDERED.**

Dated this 24th day of April, 2014.

```
                              _____
                              JOE HEATON
                              UNITED STATES DISTRICT JUDGE
```